```
USD...
DOC...
ELEC...        ...ALLY FILED
DOC #:
DATE FILED: 7/22/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
ALEXANDRA MARCHUK,          :
               Plaintiff, :
                                : 13 CV 1669 (AKH)
      - against –          :
                                : **DEFENDANTS' NOTICE OF MOTION FOR**
FARUQI & FARUQI, LLP, JUAN E.   : **PARTIAL SUMMARY JUDGMENT AS TO**
MONTEVERDE, NADEEM FARUQI       : **PLAINTIFF'S DEFAMATION CLAIM**
and LUBNA FARUQI,           :
                                :
             Defendants.   :
---------------------------------------x

**PLEASE TAKE NOTICE** that Defendants, by their undersigned counsel, shall move this Court before the Honorable Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order: (1) granting partial judgment in their favor, (2) dismissing the Fifth Claim, the defamation claim, in Plaintiff's Second Amended Complaint against all Defendants, with prejudice, and (3) granting Defendants such other and further relief as the Court deems just and proper.

**PLEASE TAKE NOTICE** that in support of their motion for partial summary judgment, Defendants shall rely on the attached Table of Contents, the Declaration of Ronald M. Green, Esq. with exhibits, dated April 15, 2014, Defendants' Local Civil Rule 56.1 Statement, dated April 15, 2014, Defendants' Memorandum of Law, dated April 15, 2014, Plaintiff's Local Civil Rule 56.1 Counter-Statement, dated January 15, 2014 (Document No. 59 on the Docket), and Plaintiff's Memorandum of Law, dated January 15, 2014 (Document No. 56 on the Docket).

**PLEASE TAKE NOTICE** that pursuant to the Scheduling Order of this Court, dated March 3, 2014, Plaintiff shall file and serve her answering papers, if any, on or before May 16, 2014, and Defendants shall file their reply papers, if any, on or before June 6, 2014.

*[Handwritten annotation:]* Motion denied. The pleadings in issue, and facts relating to them, raise triable issues of material facts. The argument scheduled for Aug. 8, 2014, is cancelled. Doc. No. 78 shall be marked "terminated." 7-22-14 *[signature]*

FIRM:24475653v1

Dated: April 15, 2014

                              EPSTEIN, BECKER & GREEN, P.C.

                By:  /s/Ronald M. Green
                     Ronald M. Green
                     Barry Asen
                     Victoria M. Sloan
                  250 Park Avenue
                  New York, New York 10177-1211
                  (212) 351-4500

                  ATTORNEYS FOR DEFENDANTS

Judge wrote:

"Motion denied. The pleadings in issue, and facts relating to them, raise triable issues of material facts. The argument scheduled for Aug. 8, 2014, is canceled. Doc. No. 70 shall be marked "terminated."

7-22-14
Alvin K. Hellerstein"