UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALEXANDRA MARCHUK,

                Plaintiff,

     - against –

FARUQI & FARUQI, LLP, JUAN E.
MONTEVERDE, NADEEM FARUQI
and LUBNA FARUQI,

                Defendants.

: 13 CV 1669 (AKH)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 2B of Judge Hellerstein's Individual Rules, Defendants state that the following documents are included in this motion:

1. Defendants' Notice of Motion to Exclude the Testimony of Plaintiff's Damages Expert, Michael Lord, at Trial

2. Defendants' Memorandum of Law in Support of Their Motion to Exclude the Testimony of Michael Lord, Plaintiff's Damages Expert

3. Declaration of Ronald M. Green, Esq., dated July 9, 2014

4. These exhibits below are attached the Green declaration:

    Exhibit A    Expert Report of Michael Lord, dated April 15, 2014, concerning Plaintiff's alleged economic damages.

    Exhibit B    Relevant excerpts of Michael Lord's deposition testimony in this action, which was conducted on June 16, 2014.

    Exhibit C    Relevant excerpts of Nadeem Faruqi's deposition testimony designated Confidential – Attorneys' Eyes Only, which was conducted on April 7, 2014.

    Exhibit D    Fifteen articles that appeared in print or on the Internet soon after Plaintiff filed her complaint with this Court on March 13, 2013 and before Defendants filed their counterclaims and issued a press release.

    Exhibit E    Internet article by Jane Genova entitled, "Juan Monteverde, Partner, and Alexandra Marchuk, Junior Attorney: A juicy scandal raises all traffic figures," dated March 15, 2013.

---

*Handwritten annotations by Judge Hellerstein:*

Motion denied. Pl's expert is sufficiently qualified to testify on the issues of losses arising from loss of employability as a lawyer. A damages expert may not speculate on seeking employment. However, the expert may withhold information pending examination, such as specific and illustrative information of earnings [illegible].

7-22-14

[signed] A.K. Hellerstein

(Dx. No. 91 shall be marked "for [illegible].")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
ALEXANDRA MARCHUK,           :
          Plaintiff,    :
                         : 13 CV 1669 (AKH)
    - against –                :
                         : **DEFENDANTS' NOTICE OF MOTION**
FARUQI & FARUQI, LLP, JUAN E. : **TO EXCLUDE THE TESTIMONY OF**
MONTEVERDE, NADEEM FARUQI    : **PLAINTIFF'S DAMAGES EXPERT,**
and LUBNA FARUQI,            : **MICHAEL LORD, AT TRIAL**
                         :
          Defendants.   :
---------------------------------- x

**PLEASE TAKE NOTICE** that Defendants, by their undersigned counsel, shall move this Court before the Honorable Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Defendants' motion to exclude the testimony of Plaintiff's damages expert, Michael Lord, at trial and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE NOTICE** that in support of their motion to exclude the proposed trial testimony of Plaintiff's damages expert, Michael Lord, Defendants shall rely on the attached Table of Contents, the Declaration of Ronald M. Green, Esq. with exhibits, dated July 9, 2014, and Defendants' Memorandum of Law, dated July 9, 2014.

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 6.1, Plaintiff shall file and serve her answering papers, if any, on or before July 17, 2014, and Defendants shall file their reply papers, if any, on or before July 21, 2014.

Dated: July 10, 2014

                              EPSTEIN, BECKER & GREEN, P.C.

By:    /s/Ronald M. Green
        Ronald M. Green
        Barry Asen
        Victoria M. Sloan
     250 Park Avenue
     New York, New York 10177-1211
     (212) 351-4500

     ATTORNEYS FOR DEFENDANTS

Judge wrote:

"Motion denied. Plaintiff's expert is sufficiently qualified to testify on the issues of lost earnings and employability of lawyers seeking employment. However, the expert may not withhold information relevant for cross-examination, such as specific and illustrative earnings information.

7-22-14
Alvin K. Hellerstein

(Doc. No. 91 shall be marked "terminated.")"