**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXANDRA MARCHUK,<br><br>                      Plaintiff,<br>    v.<br><br>FARUQI & FARUQI, LLP, JUAN E. MONTEVERDE, NADEEM FARUQI, and LUBNA FARUQI,<br>                      Defendants. | Civil Action No. 13-CV-1669 (AKH)<br><br>**NOTICE OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW IN FAVOR OF FARUQI & FARUQI, LLP ON PLAINTIFF'S CLAIMS FOR PUNITIVE DAMAGES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that, upon the attached Memorandum of Law, Defendants Faruqi & Faruqi, LLP ("F&F") and Juan E. Monteverde (collectively, "Defendants") hereby move before the Honorable Alvin K. Hellerstein for judgment as a matter of law in favor of F&F on Plaintiff's claims for punitive damages.

Dated:  January 30, 2015

                                              Respectfully submitted,

                                              By:     */s/ Scott A. Bursor*
                                                     Scott A. Bursor

                                              **BURSOR & FISHER, P.A.**
                                              Scott A. Bursor
                                              Joseph I. Marchese
                                              Neal J. Deckant
                                              Yitzchak Kopel
                                              888 Seventh Avenue
                                              New York, NY 10019
                                              Telephone:  (212) 989-9113
                                              Facsimile:  (212) 989-9163
                                              Email:  scott@bursor.com
                                                                jmarchese@bursor.com
                                                                ndeckant@bursor.com
                                                                ykopel@bursor.com

                                              *Attorneys for Defendants*