UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER MARCHUK,

                           Plaintiff,                         13 **CIVIL** 1669 (AKH)

      -against-                           **JUDGMENT**

FARUQI & FARUQI, LLP at el.,
                         Defendants.
------------------------------------------------------------X

      A Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, having begun on January 12, 2015, and at the conclusion of the trial, on February 5, 2015, the jury having rendered a verdict in favor of the plaintiff in the amount of $90,000.00 in compensatory damages as against the defendants Juan Monteverde and Faruqi & Faruqi, LLC; the jury also having found in favor of Plaintiff in the amount of $5,000.00 in punitive damages as against defendant Faruqi & Faruqi LLP and $45,000.00 punitive damages as against defendant Juan Monteverde, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $90,000 .00 in compensatory damages as against the defendants Juan Monteverde and Faruqi & Faruqi LLP; Plaintiff also have judgment in the sum of $5,000.00 in punitive damages as against defendant Faruqi & Faruqi LLP and $45,000.00 in punitive damages as against defendant Juan Monteverde.

**DATED:** New York, New York
             February 9, 2015

So Ordered:

_____
USDJ

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____