# ROTTENBERG LIPMAN RICH, P.C.

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
250 PEHLE AVENUE, SUITE 101
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

369 LEXINGTON AVENUE
SIXTEENTH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 661-3080
TELECOPIER (212) 867-1914

WWW.RLRPCLAW.COM

HARRY W. LIPMAN
MEMBER
HLIPMAN@RLRPCLAW.COM

February 20, 2015

*[Handwritten annotation: Denied, with leave to proceed pursuant to my Individual Rule 1D (setting out an agreed briefing schedule with the motion to award atty's fees and providing for an enlarged time to file a notice of appeal as requested in this letter. 2-23-15 /s/ AKH]*

**BY E-FILE AND HAND DELIVERY**

The Hon. Alvin K. Hellerstein
United States District Court, Southern District of New York
Courtroom 14D
500 Pearl Street
New York, New York 10007

Re: Alexandra Marchuk v. Faruqi & Faruqi LLP et al.
13 CV 1669 (AKH)

Dear Judge Hellerstein:

We represent plaintiff, Alexandra Marchuk, in the referenced matter, in which the Court entered Judgment on February 9, 2015.

Pursuant to Rule 54 of the Federal Rules of Civil Procedure and N.Y.C. Admin. Code 8-502(f), Plaintiff today filed under separate cover a motion for attorneys' fees and costs. Plaintiff respectfully requests that the Court, pursuant to Rule 58(e), Fed. R. Civ. P. and Rule 4(a)(4)(iii), Fed. R. App. P., please extend Plaintiff's time to file a Notice of Appeal until such time as the Court rules on her motion for attorneys' fees and costs.

Respectfully,

/s/ Harry W. Lipman

Harry W. Lipman

HWL
2591

cc: Scott A. Bursor, Esq. (counsel for defendants)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/15

Judge wrote:

"Denied, with leave to proceed pursuant to my Individual Rule 1D, setting out an agreed briefing schedule for the motion to amend attorneys' fees, and providing for an enlarged time to file a notice of appeal as requested in the letter.

2-23-15
Alvin K. Hellerstein"