

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALEXANDRA MARCHUK, : 13 CV 1669 (AKH)
:
Plaintiff, : ECF Case
:
-against- : **JUDGMENT**
:
FARUQI & FARUQI, LLP and :
JUAN E. MONTEVERDE, :
:
Defendants. :
------------------------------------------------------------- X

Plaintiff having moved for an award of attorneys' fees and costs pursuant to NYCHRL § 8-502(g), and the matter having come before the Honorable Alvin K. Hellerstein, United States District Court Judge, and the Court on April 20, 2015 having issued its Order and Opinion granting in part Plaintiff's motion in the amount of $194,308.34 in attorneys' fees and $28,586.39 in costs, it is,

ORDERED, ADJUDGED AND DECREED, that pursuant to the Court's Memorandum Order and Opinion dated April 20, 2015 Plaintiff's motion for an award of attorneys' fees and costs is granted in the amount of $194,308.34 in attorneys' fees and $28,586.39 in costs. Accordingly, judgment is entered in favor of Plaintiff Alexandra Marchuk and against Defendants Faruqi & Faruqi, LLP and Juan E. Monteverde in the total amount of $222,894.73, and the case is closed.

Dated: New York, New York
~~April __, 2015~~
May 1, 2015

_____
Hon. Alvin K. Hellerstein, USDJ