```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
ALEXANDRA MARCHUK,                                                 :    13 CV 1669 (AKH)
                                                                   :
                                    Plaintiff,                     :    ECF CASE
                                                                   :
            -against-                                              :
                                                                   :    NOTICE OF APPEAL
FARUQI & FARUQI, LLP,                                              :
JUAN E. MONTEVERDE, NADEEM FARUQI                                  :
and LUBNA FARUQI,                                                  :
                                                                   :
                                    Defendants.                    :
                                                                   :
------------------------------------------------------------------ X
```

PLEASE TAKE NOTICE that plaintiff, Alexandra Marchuk ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Second Circuit, as follows:

1. From the Judgment entered in this action on February 9, 2015 (Docket #171), awarding Plaintiff $90,000.00 in compensatory damages against defendants Faruqi & Faruqi, LLP and Juan Monteverde, $5,000.00 in punitive damages as against defendant Faruqi & Faruqi, LLP, and $45,000.00 in punitive damages as against defendant Juan Monteverde;

2. From the Order dated September 30, 2013 (Docket #34) granting Defendants' motion to quash Plaintiff's subpoena issued to the non-party Business Intelligence Associates, and from the Order dated October 9, 2013 (Docket #41) denying Plaintiff's motion for reconsideration of such September 30, 2013 Order.

3. From the Order dated January 13, 2015 (Docket #131) granting in part and denying in part the parties' motions in limine;

4. From the Order dated January 28, 2015 (Docket #149) granting Defendants' motion for judgment as a matter of law as to all defendants on Plaintiff's claims for retaliation and

defamation; as to defendants Lubna Faruqi, Nadeem Faruqi and Faruqi & Faruqi, LLP on Plaintiff's NYSHRL hostile work environment claim; and as to defendants Lubna Faruqi and Nadeem Faruqi on Plaintiff's NYCHRL hostile work environment claim;

      5.      From the Order dated February 2, 2015 (Docket #167) denying Plaintiff's cross-motion for reconsideration of the Court's Order dated January 28, 2015 (Docket #149) granting Defendants' motion for judgment as a matter of law dismissing Plaintiff's claims under the NYSHRL against Defendant Faruqi & Faruqi, LLP, Nadeem Faruqi and Lubna Faruqi;

      6.      From the Order dated February 2, 2015 (Docket #169) denying Plaintiff's Motion for Reconsideration of the Court's Order dated January 28, 2015 (Docket #149) granting in part Defendants' Motion for Judgment as a Matter of Law;

      7.      From the Order dated January 26, 2015 (Docket #147) denying Plaintiff's motion to strike certain testimony of Nadeem Faruqi;

      8.      From the Court's decision, on January 14, 2015, to exclude certain testimony of witness Kerrianne Goodwin (Docket #186, Trial Tr. 348:2-360:8);

      9.      From the Court's decision, on January 15, 2015, to preclude certain testimony of Jamie Mogil (Docket #188, Trial Tr. 431:7-434:2);

      10.      From the Court's decision, on January 15, 2015, to grant Defendants' motion to preclude the testimony of Aubrey Menish (Docket #188, Trial Tr. 504:18-505:14);

      11.      From the Court's decision, on January 15, 2015, to preclude Plaintiff's direct examination of Brian Moon (Docket #188, Trial Tr. 511:9-518:20);

      12.      From the Court's decision, on Februrary 2, 2015, to preclude the rebuttal testimony of Anne Prescott (Docket #204, Trial Tr. 1695:22-1698:17);

13. From the Judgment entered in this action on May 4, 2015 (Docket #222) awarding Plaintiff's counsel $194,308.34 in attorneys' fees and $28,586.39 in costs.

Dated: New York, New York
May 20, 2015

          ROTTENBERG LIPMAN RICH, P.C.

          /s/ Harry W. Lipman
By: _____
    Harry W. Lipman
    Thomas E. Chase
    Jonathan S. Hershberg
369 Lexington Avenue, 16th Floor
New York, New York 10017
(212)661-3080
Attorneys for Plaintiff, Alexandra Marchuk