UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA MARCHUK,<br><br>                      Plaintiff,<br>     v.<br><br>FARUQI & FARUQI, LLP, JUAN E. MONTEVERDE, NADEEM FARUQI, and LUBNA FARUQI,<br>                      Defendants. | Civil Action No. 13-CV-1669 (AKH)<br><br>**NOTICE OF CROSS-APPEAL** |

       PLEASE TAKE NOTICE that defendants, Faruqi & Faruqi, LLP ("F&F"), Juan E. Monteverde, Nadeem Faruqi, and Lubna Faruqi ("Defendants"), hereby appeal to the United States Court of Appeals for the Second Circuit, as follows:

       1.      From the Judgment entered in this action on February 9, 2015 (Dkt. No. 171), awarding Plaintiff Alexandra Marchuk ("Plaintiff") $90,000 in compensatory damages against defendants F&F and Juan Monteverde, $5,000 in punitive damages against defendant F&F, and $45,000 in punitive damages against defendant Juan Monteverde;

       2.      From the Order dated January 13, 2015 (Dkt. No. 131) granting in part and denying in part the parties' motions in limine;

       3.      From the Court's decisions on January 14, 2015, and January 26, 2015, precluding Defendants from playing excerpts of an audiotape of Plaintiff's Rule 35 examination (Dkt. No. 186, Trial Tr. at 245:14-248:9; Dkt. No. 200, Trial Tr. at 1407:5-22);

       4.      From the Court's decision on January 14, 2015, to permit the testimony of Kerrianne Goodwin (Dkt. No. 186, Trial Tr. at 332:24-334:9);

       5.      From the Court's decision on January 20, 2015, to permit the testimony of Shane Rowley (Dkt. No. 190, Trial Tr. at 618:22-621:13);

6. From the Order dated January 28, 2015 (Dkt. No. 149) denying Defendants' motion for judgment as a matter of law as to all Defendants on Plaintiff's claims for front-pay damages;

7. From the Order dated February 2, 2015 (Dkt. No. 165) denying Defendants' motion for judgment as a matter of law to preclude punitive damages against F&F;

8. From the Court's decision, on February 2, 2015, to permit the rebuttal testimony of Brian Moon (Dkt. No. 204, Trial Tr. at 1703:1-1708:9);

9. From the Court's February 3, 2015, jury instruction on hostile work environment liability under the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107 (Dkt. No. 206, Trial Tr. at 1930:17-1933:20).

Dated: June 2, 2015                                      Respectfully submitted,

By:  */s/ Scott A. Bursor*
     Scott A. Bursor

**BURSOR & FISHER, P.A.**
Scott A. Bursor
Joseph I. Marchese
Neal J. Deckant
Yitzchak Kopel
888 Seventh Ave.
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
         jmarchese@bursor.com
         ndeckant@bursor.com
         ykopel@bursor.com

*Attorneys for Defendants*